

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
WASHINGTON, DC 20224

SMALL BUSINESS / SELF-EMPLOYED DIVISION

Date: August 23, 2007

Lindsey K Springer
5147 S Harvard Ave # 116
Tulsa, OK 74135-3587

Dear Lindsey K Springer:

On April 26, 2007 the Internal Revenue Service filed a Notice of Federal Tax lien, Serial Number 358693507. This notice is being withdrawn under the provisions of Internal Revenue Code (IRC) section 6323(j). Enclosed is a copy of the Withdrawal of Filed Notice of Federal Tax Lien.

The originals will be recorded with the office of the County Clerk for Creek County, OK where notice of Federal Tax Liens were filed. The withdrawal notice shows that this Notice of Federal Tax Lien is no longer in effect. The enclosed copies are for your records.

The withdrawal of the filed notice of lien does not affect the statutory lien provided by IRC section 6321; it simply relinquishes any lien priority obtained by the Internal Revenue Service when the notice was filed.

The Withdrawal of Filed Notice of Federal Tax Lien should be received by the office of the County Clerk for **Creek County**, OK and recorded within 30 days of the date of this letter. If this timeframe expires and you find that it has not been recorded, please contact the person named below for assistance.

**If you have questions, please contact LeRoy Nassif, ID number 76-43725 at 713-209-4393 between the hours of 8:00 a.m. and 4:00 p.m. (Central Time), Monday through Friday. You may also write to LeRoy Nassif at 1919 Smith St. – Stop 5021-Houston, TX 77002.**

Sincerely,

*[signature]*
for Felix Carrillo, Jr.
Technical Services Group Manager

Enclosure