# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

USA,

        Plaintiff(s),     Case Number: 08-cv-278-TCK-PJC

vs.                                      Proceeding: Motion Hearing

Lindsey K. Springer, et al.,          Date: 3-5-2009
        Defendant(s).    Court Time: 10:00 a.m.

## MINUTE SHEET

Paul J. Cleary, U.S. Magistrate Judge    K. Perkins, Deputy Clerk    C1

Counsel for Plaintiff: James C. Strong (by phone)

Defendant, Lindsey K. Springer, Pro Se

Counsel for Defendants Martha F. Moore/W T Smith/Janet S. Smith: Allen B. Mitchell

**Minutes:** Case called for hearing; Defendant's Motion to Reconsider (Dkt. #144) was denied; Defendant's Motion to Produce (Dkt. #143) moot; Plaintiff's Motion to Withdraw (Dkt. #136) was granted, withdrawing Third Motion for Protective Order (Dkt. #124).

Arguments were heard;

    Plaintiff's Motion for Protective Order (Dkt. #102) - granted in part/denied in part

    Plaintiff's Motion to Quash (Dkt. #103) - granted

    Defendant's Motion to Compel (Dkt. #109) - granted in part/denied in part

    Plaintiff's Second Motion for Protective Order (Dkt. #114) - granted in part/denied in part

    Defendant's Motion to Extend Discovery (Dkt. #119) - granted in part/denied in part;

    Plaintiff's Motion to Extend Dispositive Motion Deadline (Dkt. #139) - granted

Court Time

10:12 - 11:12 a.m.