**From:** <service@paypal.com>
**To:** <gnutella@mindspring.com>
**Sent:** Monday, November 23, 2009 1:53 PM
**Subject:** Notification of Limited Account Access RXI060

Hello Lindsey Springer,

We're contacting you to let you know that we received a Levy notice from the Internal Revenue Service that affects your account. A Levy is the legal seizure of property or personal accounts to satisfy a debt.

The Levy requires us to turn over any funds in your account to the Internal Revenue Service. It also instructs that your access to your account will remain limited until the Internal Revenue Service notifies us that the debt has been paid.

If you have questions, please contact Fred Rice at 405-297-4468.

Sincerely,
PayPal

Please do not reply to this email. This mailbox is not monitored and you will not receive a response. For assistance, log in to your PayPal account and click the Help link in the top right corner of any PayPal page.

PayPal Email ID PP522