Internal Revenue Service | Department of the Treasury
---|---

**STOP 5113-OKC-FRED RICE**
55 N. ROBINSON
OKLAHOMA CITY, OK  73102

Date: 11/19/2009

Taxpayer Identification Number:
████████

Person to Contact:
FRED RICE

LINDSEY K. SPRINGER
5147 S. HARVARD AVE #116
TULSA, OK  74135

Contact Telephone Number:
405-297-4468

Contact Fax Number:
405-297-4405

Employee Identification Number:
73-0576

Dear LINDSEY K. SPRINGER

Although we previously sent you a notice of our intention to collect your unpaid tax through enforced collection, our records show that you still have not paid the amount you owe. Enforced collection may include placing a levy on your bank accounts, wages, receivables, commissions, etc. It could also involve seizing and selling your property, such as real estate, vehicles, or business assets.

To prevent collection action, please pay the amount you owe by 11/30/2009.

Make your check or money order payable to the United States Treasury, and write your social security number or employer identification number on it. Send your payment to us in the enclosed envelope with a copy of this letter. **The amount you owe is shown on the next page.**

If you recently paid this or if you can't pay it, call as soon as you get this letter. Our telephone number is at the top of this letter. If you disagree with our taking enforcement action, you may be able to work out another solution. Speak to the person whose name appears at the top of this letter, or ask for that person's manager. If you do not agree with the results, you may ask for appeals consideration.

The unpaid amount from prior notices may include tax, penalties, and interest you still owe. It also includes credits and payments we have received since our last notice to you.

**Interest - Internal Revenue Code Section 6601**
We charge interest when your tax is not paid on time. Interest is computed from the due date of your return (regardless of extensions) until paid in full or to the date of this notice. Interest is also charged on penalties assessed on your account. Interest compounds daily except on underpaid estimated taxes for individuals or corporations.

Letter 3174 (Rev. 11-2006)
Catalog Number 26846G

| FORM NUMBER | TAX PERIOD | UNPAID AMT FROM NOTICE | ADD PENALTY | ADD INTEREST | AMT YOU OWE |
|---|---|---|---|---|---|
| 1040 | 12/31/1992 | $14,606.76 | $2,021.00 | $19,462.89 | $36,090.65 |
| 1040 | 12/31/1993 | $67,060.95 | $9,943.00 | $89,356.13 | $166,360.08 |
| 1040 | 12/31/1994 | $21,339.20 | $3,406.00 | $28,402.71 | $53,147.91 |
| 1040 | 12/31/1995 | $20,155.73 | $3,514.50 | $26,856.50 | $50,526.93 |
| CIVIL PENALTY | 12/31/1996 | $4,329.16 | $0.00 | $4,339.47 | $8,668.63 |

Form 668-A(c)(DO)
(Rev. July 2002)

Department of the Treasury — Internal Revenue Service

# Notice of Levy

DATE: 11/20/2009
REPLY TO:
INTERNAL REVENUE SERVICE
STOP 5113-RICE
55 N. ROBINSON
OKLAHOMA CITY, OK 73102

TELEPHONE NUMBER
OF IRS OFFICE:
(405) 297-4468
(405) 297-4405 FAX

NAME AND ADDRESS OF TAXPAYER:
LINDSEY K. SPRINGER
5147 S. HARVARD #116
TULSA, OK 74135

TO:
FIRST UNITED BANK AND TRUST
PO BOX 130
DURANT, OK 74702

IDENTIFYING NUMBER(S):
[redacted]

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040 | 12/31/1990 | $18,790.58 | $26,661.55 | $45,452.13 |
| 1040 | 12/31/1991 | $15,615.45 | $22,801.74 | $38,417.19 |
| 1040 | 12/31/1992 | $14,606.76 | $21,483.89 | $36,090.65 |
| 1040 | 12/31/1993 | $67,060.95 | $99,299.13 | $166,360.08 |
| 1040 | 12/31/1994 | $21,339.20 | $31,808.71 | $53,147.91 |
| 1040 | 12/31/1995 | $20,155.73 | $30,371.20 | $50,526.93 |
| CIVIL PENALTY | 12/31/1996 | $4,329.16 | $4,339.47 | $8,668.63 |

THIS LEVY WON'T ATTACH FUNDS IN IRAs, SELF-EMPLOYED INDIVIDUALS' RETIREMENT PLANS, OR ANY OTHER RETIREMENT PLANS IN YOUR POSSESSION OR CONTROL, UNLESS IT IS SIGNED IN THE BLOCK TO THE RIGHT. ──────▶

Total Amount Due ▶ **$398,663.52**

We figured the interest and late payment penalty to 12/20/2009

Although we have told you to pay the amount you owe, it is still not paid. This is your copy of a notice of levy we have sent to collect this unpaid amount. We will send other levies if we don't get enough with this one.

Banks, credit unions, savings and loans, and similar institutions described in section 408(n) of the Internal Revenue Code **must hold your money for 21 calendar days** before sending it to us. They must include the interest you earn during that time. Anyone else we send a levy to must turn over your money, property, credits, etc. that they have *(or are already obligated for)* when they would have paid you.

If you decide to pay the amount you owe now, please **bring** a guaranteed payment *(cash, cashier's check, certified check, or money order)* to the nearest IRS office with this form, so we can tell the person who received this levy not to send us your money. Make checks and money orders payable to **United States Treasury.** If you mail your payment instead of bringing it to us, we may not have time to stop the person who received this levy from sending us your money.

If we have erroneously levied your bank account, we may reimburse you for the fees your bank charged you for handling the levy. You must file a claim with the IRS on Form 8546 within one year after the fees are charged.

If you have any questions, or want to arrange payment before other levies are issued, please call or write us. If you write to us, please include your telephone number and the best time to call.

Signature of Service Representative _[signature]_

Title: REVENUE OFFICER FRED RICE

Part 4 — For Taxpayer

Form 668-A(c)(DO) (Rev. 7-2002)

Form 668-A(c)(DO)  
(Rev. July 2002)

Department of the Treasury – Internal Revenue Service

## Notice of Levy

DATE: 11/20/2009  
REPLY TO:  
INTERNAL REVENUE SERVICE  
STOP 5113-RICE  
55 N. ROBINSON  
OKLAHOMA CITY, OK  73102

TO:  
PAYPAL  
ATTENTION: LEGAL DEPARTMENT  
PO BOX 45950  
OMAHA, NEBRASKA  68145-0950

TELEPHONE NUMBER OF IRS OFFICE:  
(405) 297-4468  
(405) 297-4405 FAX

NAME AND ADDRESS OF TAXPAYER:  
LINDSEY K. SPRINGER  
5147 S. HARVARD #116  
TULSA, OK  74135

IDENTIFYING NUMBER(S): ███████████

| Kind of Tax | Tax Period Ended | Unpaid Balance of Assessment | Statutory Additions | Total |
|---|---|---|---|---|
| 1040 | 12/31/1990 | $18,790.58 | $26,661.55 | $45,452.13 |
| 1040 | 12/31/1991 | $15,615.45 | $22,801.74 | $38,417.19 |
| 1040 | 12/31/1992 | $14,606.76 | $21,483.89 | $36,090.65 |
| 1040 | 12/31/1993 | $67,060.95 | $99,299.13 | $166,360.08 |
| 1040 | 12/31/1994 | $21,339.20 | $31,808.71 | $53,147.91 |
| 1040 | 12/31/1995 | $20,155.73 | $30,371.20 | $50,526.93 |
| CIVIL PENALTY | 12/31/1996 | $4,329.16 | $4,339.47 | $8,668.63 |

THIS LEVY WON'T ATTACH FUNDS IN IRAs, SELF-EMPLOYED INDIVIDUALS' RETIREMENT PLANS, OR ANY OTHER RETIREMENT PLANS IN YOUR POSSESSION OR CONTROL, UNLESS IT IS SIGNED IN THE BLOCK TO THE RIGHT. ➡

**Total Amount Due ▶ $398,663.52**

We figured the interest and late payment penalty to 12/20/2009

Although we have told you to pay the amount you owe, it is still not paid. This is your copy of a notice of levy we have sent to collect this unpaid amount. We will send other levies if we don't get enough with this one.

Banks, credit unions, savings and loans, and similar institutions described in section 408(n) of the Internal Revenue Code **must hold your money for 21 calendar days** before sending it to us. They must include the interest you earn during that time. Anyone else we send a levy to must turn over your money, property, credits, etc. that they have *(or are already obligated for)* when they would have paid you.

If you decide to pay the amount you owe now, please **bring** a guaranteed payment *(cash, cashier's check, certified check, or money order)* to the nearest IRS office with this form, so we can tell the person who received this levy not to send us your money. Make checks and money orders payable to **United States Treasury**. If you mail your payment instead of bringing it to us, we may not have time to stop the person who received this levy from sending us your money.

If we have erroneously levied your bank account, we may reimburse you for the fees your bank charged you for handling the levy. You must file a claim with the IRS on Form 8546 within one year after the fees are charged.

If you have any questions, or want to arrange payment before other levies are issued, please call or write us. If you write to us, please include your telephone number and the best time to call.

Signature of Service Representative: *[signed] Fred Rice*  
Title: REVENUE OFFICER FRED RICE

Part 4 — For Taxpayer  
Form 668-A(c)(DO) (Rev. 7-2002)