IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 4:08-cv-00278-TCK-PJC |
| ) | |
| (1) LINDSEY K. SPRINGER, individually and ) | |
| as Co-Trustee of the S.L.C.A. Family Trust; ) | |
| (2) REGINA M. CARLSON, as Co-Trustee of ) | |
| the S.L.C.A. Family Trust; (3) MARTHA F. ) | |
| MOORE, individually and as Trustee of the ) | |
| W.T. Moore and Martha F. Moore Revocable ) | |
| Trust Dated June 12, 2002; (4) W.T. SMITH; ) | |
| and (5) JANETH S. SMITH ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

For the reasons stated in the Opinion and Order dated March 3, 2010 (Doc. # 179), the Court hereby orders as follows:

1. Judgment is entered in favor of the United States against Lindsey K. Springer in the total amount of $381,702.39, plus interest and all other statutory additions provided by law accruing after December 1, 2008, for: 1) federal income taxes and statutory additions to tax for 1990-1995 and 2) a civil penalty assessed against Lindsey K. Springer under 26 U.S.C. § 6673 for 1996.

2. The United States' tax liens, notice of which were filed in Creek County, Oklahoma on August 4, 2008, are valid and subsisting liens against Lindsey K. Springer's property and interests in property.

3. The federal tax liens under 26 U.S.C. § 6321 pertaining to these liabilities attach to all property and rights to property of Lindsey K. Springer, including real property in Creek County,

Oklahoma held by Lindsey K. Springer's nominee, the S.L.C.A. Family Trust, and more particularly described as:

> The North half (N/2) of the Southeast Quarter (SE/4) of the Northwest Quarter (NW/4) of Section 2, Township 17 North, Range 10 East, of Creek County, State of Oklahoma.

4. The federal tax liens are hereby foreclosed against the real property described in paragraph 3 of this judgment.

5. The above-described property will be sold by further order of the Court, and the proceeds of the sale will be distributed to such parties and in such amounts as this Court shall determine.

IT IS SO ORDERED this 16th day of March, 2010.

_____
TERENCE KERN
United States District Judge