IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| -vs- | ) | |
| | ) | |
| (1) LINDSEY K. SPRINGER, Individually and as Co-Trustee of the S.L.C.A. Family Trust; (2) REGINA M. CARLSON, as Co-Trustee of the S.L.C.A. Family Trust; (3) MARTHA F. MOORE, Individually and as Trustee of the W. T. Moore and Martha F. Moore Revocable Trust dated June 12, 2002; (4) W. T. SMITH; and (5) JANNETH S. SMITH, | ) | Case No. 08-CV-278-TCK-PJC |
| Defendants. | ) | |

## MOTION TO CLARIFY INTEREST IN PROPERTY ORDERED SOLD

The parties Martha F. Moore, Individually and as Trustee of the W. T. Moore and Martha F. Moore Revocable Trust dated June 12, 2002 (here called "Moore") and W. T. Smith and Janneth Smith (here called "Smith") move this Court to clarify the interest of Springer in real property which has been ordered sold through Internal Revenue Service procedures.

Moore and Smith acquired mineral interest in the property which is subject to sale by separate mineral deed dated March 18, 1991.

The surface interest and surface interest only was sold to William D. Greenhaw and Linda F. Greenhaw, husband and wife by deed dated April 14, 1994. The granting clause of this deed conveyed a surface interest only to the Greenhaws, with the following grant:

> The surface and surface rights only in and to the North half (N/2) of the Southeast Quarter (SE/4) of the Northwest Quarter (NW/4) of Section Two, Township 17 North, Range 10 East, Creek County, Oklahoma.

Lindsey Springer and his nominee, S.L.C.A. Family Trust, could only acquire the interest owned by Greenhaw, the Greenhaw interest being only in the surface and surface rights only.

A brief in support of this motion with exhibits attached is separately filed.

This motion is made to request that further orders of this Court and instructions to the IRS for preparation of deed to purchaser at lien foreclosure sale should set forth that the interest foreclosed upon and transferred to a purchaser by the lien foreclosure sale is:

> The surface and surface rights only in and to the North half (N/2) of the Southeast Quarter (SE/4) of the Northwest Quarter (NW/4) of Section Two, Township 17 North, Range 10 East, Creek County, Oklahoma.

Respectfully submitted

*Allen Mitchell*
Allen Mitchell

Attorney for Martha F. Moore, Individually
and as Trustee of the W. T. Moore and
Martha F. Moore Revocable Trust dated June
12, 2002, and W. T. Smith and Janneth Smith

PO Box 190
Sapulpa, OK 74067
918-224-5750   918-224-5752 Fax

### Certificate of Service

I certify that on August 31, 2010 a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, and I forwarded a true and correct copy by electronic mail to Robert D. Metcalfe at Robert.D.Metcalfe@usdoj.gov and to James.C.Strong@usdoj.gov, who have arranged for such service.
A true and correct copy of the foregoing described document was mailed by U.S. Mails, with postage fully prepaid thereon, to the following:

Lindsey Kent Springer, individually and as
  Co-Trustee of the S.L.C.A. Family Trust
02580-063
FCI - Big Springs
1900 Simler Aveue
Big Springs, TX 79720

Regina M. Carlson, individually and as
  Co-Trustee of the S.L.C.A. Family Trust
1003 Westland Road
Sapulpa, OK 74066

*Allen Mitchell*
Allen Mitchell
PO Box 190, Sapulpa, OK 74067