In the United States District Court
For the Northern District of Oklahoma

United States of America

v.

Lindsey K. Springer

08-CV-278-TCK

**FILED**

SEP 20 2010

Phil Lombardi, Clerk
U.S. DISTRICT COURT

Springer's Supplement to Motion to Vacate and Dismiss for Lack of Jurisdiction.

Lindsey K. Springer files this short Supplemental to his brief in support to his Motion to Vacate and Dismiss for lack of Jurisdiction for complaints being brought in violation of Title 26, USC § 7401 and 7403. Springer is in prison and files this supplement to his already written in pencil brief.

## Questions Presented

1) Is Elizabeth Downs a delegate of the Secretary of the Treasury authorized as of May 9, 2008 or October 10, 2008 to authorize an action to enforce a lien or collect taxes outside the District of Columbia? If not, doesn't Title 26, U.S.C. § 7401 prohibit such action?

2) Should the Court vacate its orders of March 16, 2010, and March 3, 2010, and either order an answer or dismiss for lack of Jurisdiction?

1

## Supplemental Authority

An action under 26 USC § 7401 requires the action must be authorized by the Secretary. <u>United States v. One 1972 Cadilac, Coup Deville</u> 335 F. Supp 513 (1973 Ed §y.

26 USC § 7410 cross references "collecting taxes in general to chapter 64 begians at 26 USCS §§ 6301 et seq.."

Springer's brief answers the first question No she is not and the Second Question Yes.

Respectfully Submitted

9.16.10

Lindsey K. Springer
#02880-063
B16-FCI
1900 Simler Ave
Big Springs TX 79720

2