IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 08-CV-278-TCK-PJC |
| ) | |
| LINDSEY K. SPRINGER, individually ) | |
| and as Co-Trustee of the S.L.C.A. ) | |
| Family Trust, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Before the Court is Defendant Lindsey Springer's ("Springer") Objection (Doc. 230) to Magistrate Judge Paul Cleary's Report and Recommendation ("Report") (Doc. 227). Therein, Judge Cleary recommends granting attorney's fees in favor of Defendants/Counter-Claimants/Cross-Claimants W.T. Smith, Janeth S. Smith, Martha F. Moore, individually and as trustees of the W.T. Moore and Martha F. Moore Revocable Trust dated June 12, 2002 ("Mortgagees"), in the amount of $10,576.56. The United States has not filed an objection.

In accordance with Rule 72(b), the Court has conducted *de novo* review of the record and Judge Cleary's conclusions set forth in the Report. The Court finds no reason to depart from the Report, and Springer's Objection (Doc. 230) is OVERRULED. The Report (Doc. 227) is adopted as the ORDER of the Court, and Mortgagees' Motion for Attorney Fees (Doc. 196) is GRANTED in the amount of $10,576.56.

SO ORDERED this 5th day of January, 2011.

**TERENCE KERN**
**United States District Judge**