### IN THE UNITED STATES DISTRICT COURT FOR THE
### NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 08-CV-278-TCK-PJC |
| LINDSEY SPRINGER, et al., | ) |
| Defendants. | ) |

### ORDER

Before the Court are Defendant Springer's Motions Motion to Vacate Sale and to Comply with Treasury Regulations in Sale of Property (Doc. 198); Defendant Springer's Motion to Vacate Judgment and to Dismiss for Lack of Jurisdiction (Doc. 202); and Defendant Springer's Motion to Strike and Restraint (Doc. 208).  All such motions (Doc. 198, 202, 208) are wholly without merit and are DENIED.

**DATED** this 7th day of January, 2011.

_____
**TERENCE KERN**
**United States District Judge**