In The United States District Court
Northern District of Oklahoma

U.S.A

   Plaintiff

v.                                                          08-CV-278-TCK-PJC

Lindsey K. Springer, et al

   Defendants

and

W.T. Smith, Janeth S. Smith Individually and as Trustee of the W.T. Moore and Martha F. Moore Revocable Trust

   Counter Claimants / Cross Claimants

v.

Lindsey K. Springer and SLCA Family Trust

   Cross/Counter Defendants

## Notice of Appeal

Lindsey K. Springer and SLCA Family Trust, as Springer's nominee, files there Notice of Appeal of the District Courts Order dated January 5, 2011 adopting

FILED

FEB 7 2011

Phil Lombardi, Clerk
U.S. DISTRICT COURT

✓ Mail   ___No Cert Svc   ___No Orig Sign
___C/J   ___C/MJ   ___C/Rec'd   ___No Env
___No Cpys   ✓ No Env Cpys   ___O/J   ___O/MJ

the Report and Recommendation (Doc. 227) granting attorney fees to W.T. Smith, Janeth S. Smith, Martha F. Moore, individually and as Trustee of the W.T. Moore and Martha F. Moore Revocable Trust dated June 12, 2002, in the amount of $10,576.56.

Respectfully Submitted

*Lindsey K Springer*
#02580-063
FCI Big Spring
1900 Simler Ave
Big Spring TX 79720

Certificate of Service

I hereby Certify that I mailed Notice of Appeal to the Clerk's Office, 333 W. 4th St, Tulsa, Okla 74103 on January 31, 2011.

I further certify that all parties will receive service through the Courts ECF System:

Robert Metcalfe
James C. Strong
Allen Mitchell

*Lindsey K Springer*
Server