In The United States District Court
Northern District of Oklahoma

United States of America

    Plaintiff,

  v.                               08-CV-278

Lindsey K. Springer, et al.,

## Amended Notice of Appeal

FILED
MAR 28 2011
Phil Lombardi, Clerk
U.S. DISTRICT COURT

Lindsey K. Springer files his Notice of Appeal to the Tenth Circuit Court of Appeals from the final orders dated February 24, 2011 (doc. 245) and February 25, 2011 (doc. 247) confirming sale of Springers home and dispersing proceeds. Nominee S.L.C.A Family Trust is included within this Notice.

Springer has styled this Notice "Amended" as recently Springer and SLCA appealed the award of Attorney fees assigned case number 11-5018.

Springer and SLCA include within this Notice of Appeal the order dated January 7, 2011 (doc. 232) deny certain of Springers motions (doc 198, 202, 208)

Springer would point out that the District Court has not ruled on Moore and Smith's Motion to Clarify (doc. 194).

Because of the diversity of the parties the time period to file Notice of Appeal in 11-5018 was not the 60 days applicable to this Notice.

Respectfully Submitted
/s/ Lindsey Springer
#02580-063
FCI-Big Spring
1900 Simler Ave
Big Spring TX 79720

1

## Certificate of Service

I hereby certify that I mailed Amended Notice of Appeal to the Office of Clerk of Court, 333 W. 4th St, Tulsa, Okla. 74103. I further certify that all parties will receive notice through this Courts ECF System.

Robert D. Metcalfe
Allen Mitchell

3.23.11
date

Lindsey Bryn
Server